IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BRIAN AND AMANDA BURKE, H/W, as assignees of Joseph Oliver Construction, LLC<br><br>and<br><br>JOSEPH OLIVER CONSTRUCTION, LLC<br><br>Plaintiffs,<br><br>v.<br><br>UTICA FIRST INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-4093 |
|---|---|

## FINAL ORDER

**AND NOW**, this 18th day of April, 2023, for the reasons laid out in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Dismiss shall be **GRANTED**. The Clerk shall close this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.